# EXHIBIT A

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/13/2022

**To:** Robin Warner
225 E19th Street Apt 206
NEW YORK, NY 10003
Charge No: 520-2020-05371

EEOC Representative and email:   Michell ChangQui
Federal Investigator
michell.changqui@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2020-05371.

On behalf of the Commission,

Digitally Signed By:Judy Keenan
07/13/2022

Judy Keenan
District Director

**Cc:**
Krista White
HOSPITAL FOR SPECIAL SURGERY
whitek@hss.edu

Bruce Slawitsky
slawitskyb@hss.edu

Michelle A Caiola
Phillips & Associates
Mcaiola@tpglaws.com


Please retain this notice for your records.