UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.O. ROBIN WARNER,<br><br>      Plaintiff,<br><br>      -v.-<br><br>DR. DALE LANGE, *M.D., in his individual capacity*; DR. DALE LANGE, *M.D., in his professional capacity*; and NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED, MAINTAINING THE HOSPITAL FOR SPECIAL SURGERY,<br><br>      Defendants. | 22 Civ. 10400 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On May 19, 2023, Defendants answered the Amended Complaint and the parties submitted a proposed case management plan. (Dkt. #18-19). In their proposed case management plan, the parties request that the Court wait 30 days to enter the plan because the parties are considering reengaging a private mediator to attempt to resolve this case. The Court will grant the parties' request. However, the Court will enter the parties' case management plan on June 21, 2023, regardless of the parties' attempts to continue mediating the case.

  SO ORDERED.

Dated: May 22, 2023
     New York, New York

                              *Katherine Polk Failla*
                         KATHERINE POLK FAILLA
                         United States District Judge