**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

October 26, 2023

<u>**Via ECF**</u>
The Honorable Jessica Clarke
United States District Court, Southern District of New York
500 Pearl Street, Room 20C
New York, NY 10007

Re: *Warner v. New York Society for the Relief of the Ruptured and Crippled, maintaining the Hospital for Special Surgery* (No: 1:22-cv-10400-JGLC)

Dear Judge Clarke:

Our firm represents Plaintiff Robin Warner in this matter and writes with an application to reopen her case. In response to the parties reporting that we had reached a settlement in principle, the Court had dismissed the case without prejudice and with a deadline to reopen by October 13, 2023 (ECF No. 29). That deadline was extended to October 27, 2023. (ECF No. 31).

Unfortunately, the parties are not able to fully resolve all injunctive terms of the settlement agreement by the deadline and without assistance. As such, in addition to reopening the matter, the parties jointly request a referral to an in-person settlement conference with the Magistrate Judge for a final attempt to resolve the remaining terms.

Sincerely,

Michelle A. Caiola, Esq.
*Attorney for Plaintiff*
Phillips & Associates
45 Broadway, Suite 430
New York, New York 10006
T: (212) 248-7431
mcaiola@tpglaws.com