


*Attorneys at Law*
45 Broadway, Suite 430, New York, New York 10006
Tel: (212) 248-7431 Fax: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A Professional Limited Liability Company

February 15, 2024

**Via ECF**
The Honorable Jessica Clarke
United States District Court, Southern District of New York
500 Pearl Street, Room 20C
New York, NY 10007

Re: ***Warner v. New York Society for the Relief of the Ruptured and Crippled, Maintaining the Hospital for Special Surgery*** (No: 1:22-cv-10400-JGLC)

Dear Judge Clarke:

Our firm represents Plaintiff Robin Warner in this matter. On January 16, 2024, the Court ordered Plaintiff's case be dismissed without prejudice "with the right to reopen the action within 30 days of this Order if the settlement is not consummated." (ECF No. 36). Plaintiff respectfully files this application to reopen her case, as the parties continue to negotiate several remaining terms.

The parties continue to diligently work towards resolution and had a productive settlement conference with Magistrate Stewart D. Aaron on December 08, 2023. (ECF No. 35). The parties will continue these efforts simultaneous to litigating the suit.

Thank you for your consideration of this matter.

Sincerely,

_____
Michelle A. Caiola, Esq.
Jonathan Goldhirsch, Esq.
*Attorneys for Plaintiff*
Phillips & Associates
45 Broadway, Suite 430
New York, New York 10006
T: (212) 248-7431
mcaiola@tpglaws.com
jgoldhirsch@tpglaws.com

In order to allow the parties to continue negotiating the remaining terms, the deadline for any applications to reopen the case, *see* ECF No. 36, is hereby extended to **February 29, 2024**.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 16, 2024
       New York, New York